**LINCOLN SQUARE LEGAL SERVICES, INC.**   Fordham University School of Law | Tel  212-636-6934
150 West 62nd Street, Ninth Floor | Fax 212-636-6923
New York, NY 10023

August 25, 2023



**VIA EMAIL AND ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  **United States v. Esteban Cabrera Da Corte, et al.,**
      **22-CR-437 (KPF)**

Your Honor:

    We write on behalf of Mr. Asdrubal Ramirez Mesa to request a one-week adjournment of the submission date of our Reply to the Government's Opposition to the Defendant's Motion for Suppression and Severance.  This is our first request to adjourn the submission date for the reply.  The current submission date is August 31, 2023.  If the Court grants this request, the reply would be due on September 7, 2023.

    We make this request because several other matters on our docket have required unexpected work this week, and we are constrained to seek additional time to meet our responsibilities to Mr. Ramirez Mesa.  There is a conference on this motion scheduled for October 11, 2023, and we seek no extension of that conference date.  We have conferred with the government about this request, and they have no objection.

    Thank you for your attention to this matter.

                                         Respectfully submitted,

                                         /s/

                                         Michael W. Martin, Esq.
                                         Lincoln Square Legal Services, Inc.
                                         *Counsel for Asdrubal Ramirez Mesa*

cc: Emily Deininger
Timothy Josiah Pertz
Assistant United States Attorneys (S.D.N.Y.)
By Email and ECF

Bijan Parwaresch, Esq.
Counsel for Luis Hernandez Gonzalez
By Email and ECF

Application GRANTED.  Defendant shall file a Reply to the
Government's Opposition to the Defendant's Motion for
Suppression and Severance on or before **September 7, 2023.**

The Clerk of Court is directed to terminate the motion at
docket entry 83.

Dated:   August 28, 2023           SO ORDERED.
         New York, New York

                                   HON. KATHERINE POLK FAILLA
                                   UNITED STATES DISTRICT JUDGE