UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-v.-

ASDRUBAL RAMIREZ MESA,

Defendant.

22 Cr. 437 (KPF)

**ORDER**

KATHERINE POLK FAILLA, District Judge:

The parties are hereby ORDERED to appear for a telephonic conference at which the Court will resolve Defendant Asdrubal Ramirez Mesa's pending motion to suppress on **October 24, 2023, at 2:00 p.m.**  At the scheduled date and time, the parties shall call (888) 363-4749 and enter access code 5123533.

SO ORDERED.

Dated:   October 20, 2023
         New York, New York

_____
     KATHERINE POLK FAILLA
     United States District Judge