UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v.- | 22 Cr. 437 (KPF) |
| ASDRUBAL RAMIREZ MESA, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

Due to an unanticipated conflict with the Court's schedule, the conference currently scheduled for December 12, 2023, at 11:00 a.m. (October 24, 2023 Minute Entry) is hereby ADJOURNED to **December 12, 2023,** at **4:15 p.m.** in Courtroom 618 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007.

SO ORDERED.

Dated:  December 7, 2023
        New York, New York

                                         *Katherine Polk Failla*
                                         _____
                                         KATHERINE POLK FAILLA
                                         United States District Judge