UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-v.-<br><br>ASDRUBAL RAMIREZ MESA,<br><br>                    Defendant. | 22 Cr. 437 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

The conference currently scheduled for **December 12, 2023,** at **4:15 p.m.** shall proceed via teleconference. The dial-in information is as follows: At **4:15 p.m.**, the parties shall call (888) 363-4749 and enter access code 5123533.

Please note, the conference will not be available prior to **4:15 p.m.**

SO ORDERED.

Dated:  December 7, 2023
            New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge