**LINCOLN SQUARE LEGAL SERVICES, INC.**  | Fordham University School of Law     | Tel 212-636-6934
                                          | 150 West 62nd Street, Ninth Floor    | Fax 212-636-6923
                                          | New York, NY 10023

December 8, 2023

**VIA EMAIL AND ECF**
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007



Re:   *United States. v. Asdrubal Ramirez Mesa*, 22-CR-437 (KPF)

Dear Judge Failla:

We represent Mr. Asdrubal Ramirez Mesa in the above-referenced action.  We are currently scheduled to appear before the Court on Tuesday, December 12, at 4:15pm, for a remote status conference.  As the Court knows, Mr. Ramirez Mesa's three co-defendants have already pled guilty in this matter.  With the Government's consent, we request a 30-day adjournment of the conference to allow the parties to continue discussion of a pre-trial disposition.  We would consent to time being excluded under the Speedy Trial Act until the adjourned date of the conference.  This is our first request to adjourn the status conference.

Thank you for your consideration.

                                               Respectfully submitted,

                                                      /s/

                                               Michael W. Martin, Esq.
                                               Lincoln Square Legal Services, Inc.
                                               *Counsel for Asdrubal Ramirez Mesa*

cc:   Emily Deininger
      Josiah Pertz
      Assistant United States Attorneys (S.D.N.Y.)
      By Email and ECF

Application GRANTED. The conference currently scheduled for December 12, 2023 is hereby ADJOURNED to **January 24, 2024,** at **4:30 p.m.** It is further ORDERED that time is excluded under the Speedy Trial Act between December 11, 2023, and January 24, 2024, to allow the parties to discuss a pretrial resolution of this matter.

The Clerk of Court is directed to terminate the pending motion at docket entry 100.

Dated:   December 11, 2023          SO ORDERED.
         New York, New York

                                    HON. KATHERINE POLK FAILLA
                                    UNITED STATES DISTRICT JUDGE