**LINCOLN SQUARE LEGAL SERVICES, INC.** | Fordham University School of Law  150 West 62nd Street, Ninth Floor  New York, NY 10023 | Tel 212-636-6934  Fax 212-636-6923

August 7, 2024



<u>VIA EMAIL AND ECF</u>
The Honorable Katherine Polk Failla
United States District Judge
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  *United States. v. Asdrubal Ramirez Mesa*, 22-CR-437 (KPF)

Dear Judge Failla:

We represent Mr. Asdrubal Ramirez Mesa in the above-referenced action. In the Court's judgment and order of July 12, 2024, the Court ordered Mr. Ramirez Mesa to surrender by 2:00pm on August 9, 2024. As the Bureau of Prisons has yet to inform Mr. Ramirez Mesa of his designated facility, we request that the Court extend the time for Mr. Ramirez Mesa to surrender by two weeks, to 2:00pm August 23, 2024, to give the Bureau additional time to designate a facility for him. This is our first adjournment request, and the Government consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/

Michael W. Martin, Esq.
Lincoln Square Legal Services, Inc.
*Counsel for Asdrubal Ramirez Mesa*

cc:  Emily Deininger
     Josiah Pertz
     Assistant United States Attorneys (S.D.N.Y.)
     <u>By Email and ECF</u>

```
Application GRANTED.

The Clerk of Court is directed to terminate the pending motion at
docket entry 138.

                                    SO ORDERED.
Dated:    August 8, 2024
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE